UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAWABEH INFORMATION SERVICES　　　　　:
COMPANY and EDCOMM, INC.,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiffs,　　　　　　　　　:　　Case No.:  11 CV 4164 (SS)
　　　　　　　　　　　　　　　　　　　　　　　:
　　　v.　　　　　　　　　　　　　　　　　　　:　　**NOTICE OF MOTION**
　　　　　　　　　　　　　　　　　　　　　　　:
CLIFFORD BRODY, LINDA EAGLE and　　　　:
DAVID SHAPP,　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendants.　　　　　　　　:
------------------------------------------------------------X

　　　　　**PLEASE TAKE NOTICE** that upon the declaration of Lauren A. Isaacoff, dated February 2, 2012, and upon the exhibits attached thereto, and the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Dismiss Defendants' Seventh and Eighth Counterclaims, proposed order and the pleadings herein, Plaintiffs will move this Court, before the Honorable Shira A. Scheindlin, United States District Judge, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order: (i) granting Plaintiffs' Motion to Dismiss Defendants' Seventh and Eighth Counterclaims; and (ii) for such other and further relief as this Court deems just and proper.

Dated:　　　February 2, 2012
　　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　BUCHANAN INGERSOLL & ROONEY PC

　　　　　　　　　　　　　　　　　　　　　　　/s/ Philip L. Hirschhorn
　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　Philip L. Hirschhorn
　　　　　　　　　　　　　　　　　　　　　　　Samantha L. Southall
　　　　　　　　　　　　　　　　　　　　　　　Lauren A. Isaacoff
　　　　　　　　　　　　　　　　　　　　　　　1290 Avenue of the Americas, 30th Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, New York  10104
　　　　　　　　　　　　　　　　　　　　　　　Tel:  (212) 440-4400
　　　　　　　　　　　　　　　　　　　　　　　Fax:  (212) 440-4401
　　　　　　　　　　　　　　　　　　　　　　　philip.hirschhorn@bipc.com
　　　　　　　　　　　　　　　　　　　　　　　samantha.southall@bipc.com
　　　　　　　　　　　　　　　　　　　　　　　lauren.isaacoff@bipc.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs-Counterclaim*
　　　　　　　　　　　　　　　　　　　　　　　*Defendants Sawabeh Information Services*
　　　　　　　　　　　　　　　　　　　　　　　*Company and Edcomm, Inc.*